UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5957 FMO (KSx) | Date | May 31, 2022 |
|---|---|---|---|
| Title | Meghan Downing v. Laque Nail Bar and Beauty Lounge | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:        (In Chambers) Order Re: Motion for Default Judgment [27]**

Having reviewed and considered Meghan Downing's ("plaintiff") Motion for Entry of Default Judgment as to Defendant Laque Nail Bar and Beauty Lounge (Dkt. 27, "Motion"), IT IS ORDERED THAT:

1.  Plaintiff's Motion (**Document No. 27**) is **denied without prejudice**.  Plaintiff shall file a renewed application for default judgment no later than **June 6, 2022**, that includes a declaration pursuant to Local Rule 55-1 and a proposed order.  The renewed application shall be served on defendant.

2.  Plaintiff is advised that the failure to file a renewed application for default judgment by the deadline set forth above, or filing one that otherwise fails to address the requirements set forth in this Order, shall result in the renewed application being denied and/or the action against defendant being dismissed for failure to prosecute and/or to comply with a court order.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

                                                                    00    :    00

                                                            Initials of Preparer        gga