Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> LAQUE NAIL BAR AND BEAUTY LOUNGE, a California corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-05957-FMO-KS <br><br> <u>CLASS ACTION</u> <br><br> Hon. Fernando M. Olguin <br> Courtroom 6D, 6th Floor <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Complaint filed: July 22, 2021 <br> Trial Date: None Set |

1
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Meghan Downing requests that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: May 31, 2022           **WILSHIRE LAW FIRM, PLC**

                                        */s/ Thiago M. Coelho*
                                        Thiago M. Coelho
                                        Binyamin I. Manoucheri
                                        *Attorneys for Plaintiff and Proposed Class*